IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KANE I. NORTH, <br><br> Plaintiff, <br> v. <br><br> DENT-A-MED, INC. d/b/a HC PROCESSING CENTER, <br><br> Defendant. | Case No. 4:18-cv-00624-ALM <br><br> Honorable Judge Amos L. Mazzant |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, KANE I. NORTH ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, having filed with this Court his Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED that the above cause of action is hereby dismissed, with prejudice.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 3rd day of October, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE